FILED: April 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4106
(5:15-cr-00008-FPS-JES-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DONDIE WILLIAMS

  Defendant - Appellant

_____

O R D E R
_____

  The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk